# ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of --                )

                                         )

Maruf Sharif Construction Company    )     ASBCA No. 61684-986

                                         )

Under Contract No. N33191-14-D-1053   )

APPEARANCE FOR THE APPELLANT:     Mr. Mohammad Asif Stanekzai
                                              President

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                             Navy Chief Trial Attorney
                                             Matthew S. Hawkins, Esq.
                                             Senior Trial Attorney

## ORDER OF DISMISSAL

On July 8, 2018, Maruf Sharif Construction Company filed a request under Board Rule 1(a)(5) for an order directing the contracting officer to render a decision on its claim. By order dated July 10, 2018, the Board directed the government to either show cause why such an order should not be issued or indicate when the contracting officer would issue a decision. By letter dated August 2, 2018, government counsel informed the Board that the contracting officer had issued a final decision on July 31, 2018, and included a copy of the final decision dated July 31, 2018.

Accordingly, the Board dismisses this petition as moot.

Dated: August 8, 2018

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals


       I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61684-986, Petition of Maruf Sharif Construction Company, rendered in conformance with the Board's Charter.

       Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2